# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155204(44)

MICHIGAN OPEN CARRY, INC. and
KENNETH HERMAN,
       Plaintiffs-Appellants,

v

SC: 155204
COA: 329418
Genesee CC: 15-104373-CZ

CLIO AREA SCHOOL DISTRICT, FLETCHER
SPEARS, III, and KATRINA MITCHELL,
       Defendants-Appellees.
_____/

On order of the Chief Justice, the motion of plaintiffs-appellants to extend the time for filing their supplemental brief is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2018



Clerk